FILED - LN
August 4, 2020 10:46 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: cw /          SCANNED BY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Charles Taul

**Plaintiff(s),**

**1:20-cv-723**
Paul L. Maloney, United States District Judge

v

Tri County Metro Narcotics Etc and all

**Defendant(s).**

Your Honor

I ask this court to allow petitioner to move forward with this petition do to plaintiff disabilities and financial status. To include, plaintiff disorganized thought.

A) Post Traumatic Stress
B) Schizophrenia
C) Social and general anxiety disorders
D) Obsessive Compulsive disorder
E) Major Depressive Disorder
F) Only being able to focus for 15 minutes at a time.

1

## Facts

1) In 1978 and 1979 the Child Protection Law, Act 238 of 1975, was mandated

2) In 1978 and 1979 Tri County Metro was investigating my parents for the sales of cocain

3) Tri County Metro eventualy arrested my dad for the sales of cocain and give him the name kingpin and or godfather.

4) After his arrest, plantiff come home from school to find his mom decapitated and too many stab wounds to count; this was after plantiff was made to perform sexual acts on her at age 10 in 1978 and 1979

5) Plantiff filed a complaint on the violation of Act 238 in 2011 and it was dismissed in November of 2011 (11/17/11) do to the Statue of limitations (Taul v Tri County Metro) See exhibits 1-23 (also affidavite previous complaint)

2

New Issue (Retaliation)

1) Between 2011 and 2020 Tri County Metro followed plaintiff without legal justification

2) Tri County Metro indirectly stated this in or on thier own tapes, documents etc

3) Tri County Metro was going to send me to see my mom (meaning murder me) they stated

4) Tri County Metro stated they would beat me and put me in the hole. I believed they would untill I healed

5) Plaintiff has continued to be under suralance since filing the origal complaint in 2011

6) Plaintiff was in a Community Mental Health Building, as a resident, when a lot of torture took place. See exhibits 1-23

3

(Exhibites)

1) I believed Tri County Metro video taped me in the shower

2) I believed I would have paid for it if I did not do as Tri County said

3) I believed the Mafiva was after me for my settle-ment if thier was one

4) I believed Tri County Metro was inside when all of these statements was made (CMH)

5) I gave Tri County Metro 2 differant phones that had hailstorm programed in them

6) I still have a 3rd phone now with the same program without search or survealance warrents

7) I believed they (TCM) taped me jacking off at CMH

Tri County has done all of this illegaly while plaintiff was in Community Mental Health

8) Tri County Metro dominated plaintiffs every thought of his for a full year; 16 hrs a day

9) Plaintiff ran for his life because Tri County Metro to plaintiff the mob was after him; twice Plaintiff believed that his brother was shote and passed away while in Community Mental Health residence

10) Plaintiff believed it when they said his brother was hit by a car and passed away while in CMH

11) Plaintiff believed that his brother was stabed to death while in CMH because its what TCM said

12) Plaintiff believed TCM scheduualed a oral surgory as part of a settlement

15) I believed it when they (TCM) was going to beat me and put me in solitary confinement untill I healed

16) I believed it (TCM) said my family did not want me around

17) I believed it when Tri County Metro said any one I meet would soon be ran off after they (TCM) spoke with them

18) Put me somewhere I could not use a law library

19) I believed it when Tri County Metro said they would kidnap me and force heroin into my vains so I become addicted

20) I believed it when they indirectly said that they would kill me

All of this to prevent me from filing a new complaint

21) Plaintiff has been Court Ordered to take medication for schizophrania do to hearing TCM etc

22) Plaintiff believed that Tri County Metro was going to have a women dressed as plaintiff mom to get a PTSD response after they said so

23) Plaintiff believed that the defendants, connected to the mafia, had killed plaintiff mom

24) Plaintiff believed that he could not focus on his Mental Health issues or plaintiff would be punished in some form

25) Tri County Metro was responsible for the plaintiff getting two different appartments after they set up survalance up on those appartments

26) Tri County Metro lead plaintiff to believe that he had a oral surgon appointment for dental implants as part of a settlement

27) Tri County Metro told plaintiff he would be framed if he was to sue Tri County Metro; Several different times 7/13/20

28) Tri County Metro told plaintiff they spoke to plaintiffs docter and that he was dieing.

29) TCM went as far as telling plaintiff they knew of a couple wemon that was interested in him with my disabilities

30) Tri County Metro sent two people to talk to me and they told me a bunch of things; that was for damage controle. They told me a guy named Mike was going to get me as much money as he could; not sure why or from where.

3) The second thing was for a false confession through conversation. This way TCM may be able to controde any money that might be awarded. And then to, he may get a false confession; hopeing for the Rico Act, Mike was involved in all of this.

## Relief

1) Plaintiff ask this court to order Tri County Metro to send any and all documents they have between 1975 and 2020

2) Plaintiff ask this court to rule in the plaintiff favor should the defendants not send plaintiff the documents etc plaintiff request under FOIA or discovery

3) Plaintiff ask this court to rule that the plaintiff is to receive $500.00 if the defendants fail to produce them in a timely manor

4) Plaintiff ask this court to order the defendants to provide these copies at defendants cost because of his indigent status

5) Plaintiff ask this court to appoint counsle since the plaintiff is disabled and indigent

6) Plaintiff ask this court to appoint council and if not plaintiff ask this court to dismiss plaintiffs complaint without prejudice

7)