UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES TAUL,

    Plaintiff,

v.

    Case No. 1:20-cv-723

    HONORABLE PAUL L. MALONEY

TRI COUNTY METRO NARCOTICS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action was filed by Plaintiff in August 2020. On August 25, 2020, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claim is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's request for appointment of counsel (ECF No. 1) is DISMISSED AS MOOT.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  February 11, 2021                                                       /s/  Paul L. Maloney
                                                                                                Paul L. Maloney
                                                                                                United States District Judge