UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES TAUL,

    Plaintiff,

v.

                            Case No. 1:20-cv-723

TRI COUNTY METRO NARCOTICS,        HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated: February 11, 2021                          /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge